PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK RAMOS <br><br> Defendant. | Case No. 1:21-po-00228-SAB <br><br> [Citation # 9454181 CA/89] <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:21-po-00228-SAB [Citation #9454181 CA/89] against FRANK RAMOS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 14, 2022                        Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                  United States Attorney

                                        By:     /s/ *Alexandre Dempsey*
                                                   ALEXANDRE DEMPSEY
                                                   Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:21-po-00228-SAB [Citation # 9454181 CA/89] against FRANK RAMOS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**February 15, 2022**__

UNITED STATES MAGISTRATE JUDGE